1064

[Nos. 23471-1-III; 24146-7-III.   Division Three.   July 19, 2007.]

DAVID J. YOUNG, *Individually and as Trustee, Appellant*, v. JAMES V. WOODARD, *as Personal Representative*, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Pend Oreille County, No. 02-2-00159-5, Jerome J. Leveque, J., entered October 5, 2004. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24729-5-III.   Division Three.   July 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-01710-5, Harold D. Clarke III, J., entered November 28, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.

[No. 25055-5-III.   Division Three.   July 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR BARAJAS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 04-1-01515-5, Vic L. VanderSchoor, J., entered March 10, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.